# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY DILLINGHAM,<br><br>    Plaintiff,<br><br>vs.<br><br>J. GARCIA, et al.,<br><br>    Defendants. | 1:19-cv-00461-AWI-GSA-PC<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING PLAINTIFF'S REQUEST FOR PRELIMINARY INJUNCTIVE RELIEF**<br><br>(Doc. Nos. 2, 10) |

Jerry Dillingham ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 10, 2019, the court entered findings and recommendations, recommending that Plaintiff's request for preliminary injunctive relief be denied. (ECF No. 10.) Plaintiff was granted fourteen days in which to file objections to the findings and recommendations. (Id.) The fourteen-day time period for filing objections has now expired, and Plaintiff has not filed objections or responded otherwise to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, **THE COURT HEREBY ORDERS** that:

1. The findings and recommendations (Doc. No. 10), are ADOPTED IN FULL; and

2. Plaintiff's motion for preliminary injunctive relief (Doc. No. 2) is DENIED.

IT IS SO ORDERED.

Dated:  July 31, 2019

SENIOR DISTRICT JUDGE