UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY DILLINGHAM,<br><br>       Plaintiff,<br><br>    vs.<br><br>J. GARCIA, et al.,<br><br>       Defendants. | 1:19-cv-00461-AWI-GSA-PC<br><br>**ORDER GRANTING PLAINTIFF'S MOTION**<br>**(ECF No. 14.)**<br><br>**ORDER ALLOWING PLAINTIFF AN OPPORTUNITY TO FILE OBJECTIONS TO THE FINDINGS AND RECOMMENDATIONS ENTERED ON JUNE 10, 2019**<br><br>**THIRTY-DAY DEADLINE TO FILE OBJECTIONS**<br><br>**ORDER FOR CLERK TO SEND PLAINTIFF A COPY OF THE FINDINGS AND RECOMMENDATIONS**<br>**(ECF No. 10.)** |

      Jerry Dillingham ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the Complaint commencing this action on April 9, 2019. (Doc. 1.)

      On April 9, 2019, Plaintiff filed a motion for an emergency temporary restraining order, which the court construed as a request for preliminary injunctive relief. (ECF No. 2.) On June 10, 2019, the court entered findings and recommendations, recommending that Plaintiff's motion be denied. (ECF No. 10.) Plaintiff was granted fourteen days in which to file objections to the

findings and recommendations. (Id.) The fourteen-day time period expired and Plaintiff did not file objections, nor any other response to the findings and recommendations. On July 31, 2019, the district court adopted the findings and recommendations and denied Plaintiff's motion for preliminary injunctive relief. (ECF No. 13.)

On August 16, 2019, Plaintiff filed a motion for administrative relief. (ECF No. 14.) In the motion, Plaintiff asserts that he received the district court's order of July 31, 2019, denying his motion for preliminary injunctive relief, but that he did not receive the findings and recommendations entered on June 10, 2019. Plaintiff requests a copy of the findings and recommendations, and the opportunity to file objections to reserve his right to appeal.

Plaintiff's motion for administrative relief shall be granted. Good cause appearing, Plaintiff shall be granted an opportunity to file objections to the findings and recommendations and to have his objections considered by the court.

Based on the foregoing and good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for administrative relief, filed on August 16, 2019, is GRANTED;
2. Plaintiff is granted an opportunity to file objections to the findings and recommendations entered on June 10, 2019, within thirty days of the date of service of this order;
3. The Clerk of Court is DIRECTED to send Plaintiff a copy of the findings and recommendations entered on June 10, 2019.

IT IS SO ORDERED.

Dated: **October 17, 2019**          **/s/ Gary S. Austin**
                                        UNITED STATES MAGISTRATE JUDGE