UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY DILLINGHAM,<br><br>         Plaintiff,<br><br>     vs.<br><br>J. GARCIA, et al.,<br><br>          Defendants. | 1:19-cv-00461-AWI-GSA-PC<br><br>**ORDER FOR CLERK TO SEND A COPY OF PLAINTIFF'S EMERGENCY MOTION TO CHRISTIAN PFIEFFER, WARDEN OF KERN VALLEY STATE PRISON**<br>**(ECF No. 23.)** |

Jerry Dillingham ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983.  He filed the complaint commencing this action on April 9, 2019.  (ECF No. 1.)

On July 9, 2020, Plaintiff filed an emergency motion in which he claims to be in imminent danger of harm.  (ECF No. 23.)  In an abundance of caution, the court shall send notice to the Warden of Kern Valley State Prison where Plaintiff is incarcerated.

Accordingly, IT IS HEREBY ORDERED that the Clerk shall send a copy of this order and a copy of Plaintiff's emergency motion (ECF No. 23) to Christian Pfieffer, the Warden of Kern Valley State Prison by email or other electronic service.

IT IS SO ORDERED.

Dated:   **July 15, 2020**          **/s/ Gary S. Austin**
                                                    UNITED STATES MAGISTRATE JUDGE