# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY DILLINGHAM, | 1:19-cv-00461-AWI-GSA-PC |
| Plaintiff, | **ORDER STRIKING MOTION FOR LACK OF PLAINTIFF'S SIGNATURE** |
| vs. | **(ECF No. 24)** |
| J. GARCIA, et al., | |
| Defendants. | |

Jerry Dillingham ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983.  On July 14, 2020, Plaintiff filed a motion for administrative relief.  (ECF No. 24.)  The document is unsigned.  All filings submitted to the court must bear the signature of the filing party.  Local Rule 131; Fed. R. Civ. P. 11(a). Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion, filed on July 14, 2020, is STRICKEN from the record for lack of signature.

IT IS SO ORDERED.

Dated:   __August 17, 2020__          _____ **/s/ Gary S. Austin** _____
UNITED STATES MAGISTRATE JUDGE