UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY DILLINGHAM,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>J. GARCIA, et al.,<br><br>　　　　Defendants. | 1:19-cv-00461-AWI-GSA-PC<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS**<br>**(ECF No. 30.)**<br><br>**ORDER DENYING PLAINTIFF'S MOTIONS FOR PRELIMINARY INJUNCTIVE RELIEF**<br>**(ECF Nos. 23, 26, 27, 28.)** |

　　　Jerry Dillingham ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　On August 17, 2020, the court entered findings and recommendations, recommending that Plaintiff's requests for preliminary injunctive relief, filed on July 9, 2020, July 31, 2020, August 10, 2020, and August 14, 2020, be denied. (ECF No. 30.) On September 3, 2020, Plaintiff filed objections to the findings and recommendations. (ECF No. 33.)

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, **THE COURT HEREBY ORDERS** that:

1. The findings and recommendations entered by the Magistrate Judge on August 17, 2020, are ADOPTED IN FULL; and
2. Plaintiff's requests for preliminary injunctive relief, filed on July 9, 2020, July 31, 2020, August 10, 2020, and August 14, 2020 are DENIED; and
3. This case is referred back to the Magistrate Judge for further proceedings.

IT IS SO ORDERED.

Dated:  October 8, 2020                         _____
                                                 SENIOR DISTRICT JUDGE