# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY DILLINGHAM,<br><br>        Plaintiff,<br><br>v.<br><br>J. GARCIA, et al.,<br><br>        Defendants. | Case No. 1:19-cv-00461-AWI-GSA (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DENYING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTIVE RELIEF<br><br>(Doc. Nos. 44, 45) |

    Plaintiff Jerry Dillingham is a state prisoner proceeding pro se and in forma pauperis with this civil rights action under 42 U.S.C. § 1983.  The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Eastern District of California Local Rule 302.

    On February 12, 2021, the magistrate judge entered findings and recommendations, recommending that Plaintiff's motion for preliminary injunctive relief, filed on February 8, 2021, be denied.  Doc. No. 45.  Plaintiff was granted fourteen days in which to file objections to the findings and recommendations.  Id.  The time for filing objections has now expired, and Plaintiff has not filed objections or responded otherwise to the findings and recommendations.

    In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C) and Eastern District of California Local Rule 304, the Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court concludes that the findings and recommendations are supported by the record and proper analysis.

    Accordingly, IT IS HEREBY ORDERED that:

1.     The findings and recommendations (Doc. No. 45) issued on February 12, 2021, are ADOPTED in full; and

2. Plaintiff's motion for preliminary injunctive relief (Doc. No. 44), filed on February 8, 2021, is DENIED.

IT IS SO ORDERED.

Dated:  March 8, 2021                                    _____
                                                        SENIOR  DISTRICT  JUDGE