UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY DILLINGHAM,<br><br>        Plaintiff,<br><br>    vs.<br><br>J. GARCIA, et al.,<br><br>        Defendants. | **1:19-cv-00461-AWI-GSA-PC**<br><br>**ORDER IN RESPONSE TO PLAINTIFF'S MOTION FOR ADMINSTRATIVE RELIEF IN RE COMBINED DECLARATION (ECF No. 59.)**<br><br>**ORDER FOR CLERK TO SEND PLAINTIFF A COPY OF THE DOCKET SHEET OF THIS CASE** |

**I.    BACKGROUND**

Jerry Dillingham ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983.  On April 9, 2019, Plaintiff filed the Complaint commencing this action.  (ECF No. 1.)

On July 19, 2021, Plaintiff filed a motion for administrative relief.  (ECF No. 59.)

**II.    PLAINTIFF'S MOTION**

Plaintiff notifies the court that on February 22, 2021, he submitted objections to the findings and recommendations issued on February 10, 2021.  In addition, Plaintiff states that on May 12, 2021, he re-submitted the objections for filing to ensure that the court received and filed them.  Plaintiff expresses concern because he has not received a ruling on the findings and recommendations.

1

Plaintiff is advised that the findings and recommendations were amended on March 15, 2021, and Plaintiff was granted fourteen days in which to file objections to the amended findings and recommendations.  (ECF No. 50.)  After requesting and being granted multiple extensions of time, on July 19, 2021, Plaintiff filed objections dated July 14, 2021.  (ECF No. 58.)  The amended findings and recommendations are now pending.

The Clerk shall be directed to send Plaintiff a copy of the docket sheet for this case for his review.

### III.  CONCLUSION

Based on the above, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for administrative relief, filed on July 19, 2021, is resolved; and
2. The Clerk is directed to send Plaintiff a copy of the docket sheet for this case for his review.

IT IS SO ORDERED.

Dated:   **July 21, 2021**               **/s/ Gary S. Austin**
                                 UNITED STATES MAGISTRATE JUDGE