UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY DILLINGHAM,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>J. GARCIA, ET al.,<br><br>　　　　Defendants. | **1:19-00461-AWI-GSA-PC**<br><br>**ORDER WITHDRAWING FINDINGS AND RECOMMENDATIONS ISSUED ON SEPTEMBER 12, 2022**<br><br>**(ECF No. 90.)** |

　　　　Jerry Dillingham ("Plaintiff") is a former prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action filed pursuant to 42 U.S.C. § 1983.

　　　　On September 12, 2022, the court issued findings and recommendations to dismiss this case for Plaintiff's failure to comply with the court's order requiring him to file an opposition or statement of non-opposition to defendant Garcia's motion for summary judgment.  (ECF No. 90.)  On September 22, 2022, Plaintiff filed an opposition to defendant Garcia's motion for summary judgment.  (ECF No. 93.)

　　　　In light of Plaintiff's filing of the opposition, the court finds good cause to withdraw the pending findings and recommendations.

Therefore, good cause appearing, **IT IS HEREBY ORDERED** that the court's findings and recommendations, issued on September 12, 2022, are WITHDRAWN.

IT IS SO ORDERED.

Dated:   **October 13, 2022**                    **/s/ Gary S. Austin**
                                              UNITED STATES MAGISTRATE JUDGE