UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY DILLINGHAM,<br><br>   Plaintiff,<br><br>   vs.<br><br>J. GARCIA, et al.,<br><br>   Defendants. | 1:19-cv-00461-AWI-GSA-PC<br><br>**ORDER SETTING EVIDENTIARY HEARING ON JANUARY 11, 2023 AT 10:00 A.M.** |

Jerry Dillingham ("Plaintiff") is a former state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983.

On November 7, 2022, Defendant's exhaustion-related motion for summary judgment was vacated, to be reinstated following an evidentiary hearing. (ECF No. 96.) The Court found that a material issue of fact exists as to whether Plaintiff failed to exhaust his administrative remedies by allegedly failing to file his initial appeal (KVSP-0-18-02112) within the requisite time period.

In order to resolve the factual dispute between the parties, the Court now sets an <u>Albino</u> evidentiary hearing before Magistrate Judge Stanley A. Boone on **Wednesday, January 11, 2023, at 10:00 a.m.** in Courtroom 9.  The parties shall arrange to bring and present their witnesses and evidence for this hearing.

Any unincarcerated witnesses may appear voluntarily without further order of the Court.  To the extent that the parties seek to have incarcerated witnesses appear for the evidentiary hearing, all motions for the attendance of incarcerated witnesses must be filed on or before **November 29, 2022**.  The witnesses must have relevant evidence regarding the issues described above.  The motion should be entitled "Motion for Attendance of Witnesses."  The motion must: (1) state the name, address, and prison identification number (if any) of each witness to be called; (2) explain what relevant information each witness has, and how that witness has personal knowledge of the relevant information; and (3) state whether each such witness is willing to voluntarily testify.  Any opposition to a motion for the attendance of incarcerated witnesses must be filed on or before **December 9, 2022**.

No later than **January 6, 2023**, the parties shall confer regarding the witnesses to be called and the evidence to be presented at the hearing.  The parties shall be prepared to submit exhibits in proper form at the evidentiary hearing, with proper foundation.  The original and two copies of all exhibits, along with exhibit lists, shall be submitted to Courtroom Deputy Victoria Gonzales no later than **10 am January 9, 2023.**  Plaintiff's exhibits shall be pre-marked using numbers beginning with 1 (e.g., 1, 2, etc.).  Defendants' exhibits must be pre-marked using letters beginning with A (e.g., A, B, C … AA, BB, CC … AAA, BBB, CCC, etc.).

IT IS SO ORDERED.

Dated:   **November 7, 2022**                             **/s/ Gary S. Austin**
                                                                              UNITED STATES MAGISTRATE JUDGE