UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY DILLINGHAM,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>J. GARCIA, et al.,<br><br>　　　　　Defendants. | **1:19-cv-00461-AWI-GSA-PC**<br><br>**ORDER CONTINUING <u>ALBINO</u> EVIDENTIARY HEARING**<br><br>　From:　January 11, 2023 at 10:00 a.m.<br><br>　To:　　January 27, 2023 at 9:00 a.m.<br>　　　　　Courtroom 9 (SAB) |

**PLEASE TAKE NOTICE**

This case is currently scheduled for an <u>Albino</u> evidentiary hearing before Magistrate Judge Stanley A. Boone on January 11, 2023 at 10:00 a.m. in Courtroom 9.  Due to a change in schedule, the hearing shall be continued to **January 27, 2023 at 9:00 a.m.** in Courtroom 9.

Accordingly, **IT IS HEREBY ORDERED** that:

1. The <u>Albino</u> evidentiary hearing scheduled for January 11, 2023 at 10:00 a.m. in this action is CONTINUED TO:

**January 27, 2023 at 9:00 a.m.**

**Before Magistrate Judge Stanley A. Boone**

**In Courtroom 9**

and

1

2. The parties are advised to refer back to the court's order issued on November 8, 2022 for instruction and information regarding preparation for the hearing. (ECF No. 97.)

No later than **January 20, 2023**, the parties shall confer regarding the witnesses to be called and the evidence to be presented at the hearing. The parties shall be prepared to submit exhibits in proper form at the evidentiary hearing, with proper foundation. The original and two copies of all exhibits, along with exhibit lists, shall be submitted to Courtroom Deputy Victoria Gonzales no later than **January 25, 2023.** Plaintiff's exhibits shall be pre-marked using numbers beginning with 1 (e.g., 1, 2, etc.). Defendants' exhibits must be pre-marked using letters beginning with A (e.g., A, B, C … AA, BB, CC … AAA, BBB, CCC, etc.).

IT IS SO ORDERED.

Dated: **December 15, 2022**          **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE