# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY DILLINGHAM,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>J. GARCIA, et al.,<br><br>　　　　Defendants. | **1:19-cv-00461-AWI-GSA-PC**<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS IN FULL**<br><br>**(ECF No. 105.)**<br><br>**ORDER DISMISSING CASE WITH PREJUDICE FOR FAILURE TO COMPLY WITH COURT ORDER AND FAILURE TO PROSECUTE**<br><br>**(ECF No. 101.)**<br><br>**ORDER FOR CLERK TO CLOSE CASE** |

　　　　Jerry Dillingham ("Plaintiff") is a former state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On January 25, 2023, findings and recommendations were issued, recommending that this case be dismissed, with prejudice, for Plaintiff's failure to comply with the Court's order issued on January 9, 2023 and for failure to prosecute.  (ECF No. 105.)  On February 3, 2023, Plaintiff filed objections to the findings and recommendations.  (ECF No. 106.)

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, **IT IS HEREBY ORDERED** that:

1. The findings and recommendations issued on January 25, 2023, are adopted in full;
2. This case is dismissed, with prejudice, based on Plaintiff's failure to obey the Court's order issued on January 9, 2023, and failure to prosecute; and
3. The Clerk is directed to close this case.

IT IS SO ORDERED.

Dated:   April 7, 2023                              _____
                                                                    SENIOR  DISTRICT  JUDGE